**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOSE ROMAN,

      Plaintiff,

v.                               CASE NO: 8:08-cv-2019-T-26MAP

MICHAEL J. ASTRUE, Commissioner
of Social Security,

      Defendant.
_____/

# O R D E R

Upon due consideration of the Court file, it is ordered and adjudged that

Defendant's Unopposed Motion to Remand (Dkt. 20) is granted.  The case is remanded

to Defendant pursuant to sentence four of 42 U.S.C. § 405(g) for a further hearing before

an Administrative Law Judge with regard to the issues delineated in the motion.  The

Clerk is directed to close this case.

      **DONE AND ORDERED** at Tampa, Florida, on September 9, 2009.


                  *s/Richard A. Lazzara*                
                  **RICHARD A. LAZZARA**
                  **UNITED STATES DISTRICT JUDGE**


<u>**COPIES FURNISHED TO**</u>:
Counsel of Record