UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSE ROMAN,

    Plaintiff,

v.                                               CASE NO: 8:08-cv-2019-T-26MAP

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that Plaintiff's counsel's Petition for attorney fees (Dkt. 30) is denied without prejudice for failure to comply with the requirements of Local Rule 3.01(g). Plaintiff's counsel may refile the motion within ten (10) days of this order but only after conferring *personally* with opposing counsel in a good faith effort to resolve the issue of the amount of attorney fees which should be awarded to Plaintiff's counsel.

**DONE AND ORDERED** at Tampa, Florida, on June 28, 2010.

                                              s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record