UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSE ROMAN,

    Plaintiff,

v.                                               CASE NO: 8:08-cv-2019-T-26MAP

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## O R D E R

Upon due consideration of Plaintiff's counsel's submissions and Defendant's response, it is ordered and adjudged that Plaintiff's counsel's Petition for Attorney Fees Pursuant to [42 U.S.C.] § 406(b)(1) (Dkt. 32) is granted. Plaintiff's counsel is awarded a reasonable attorney's fee in the total sum of $26,002.88. Upon receipt of this sum from Defendant, Plaintiff's counsel shall immediately repay directly to Plaintiff the EAJA fee previously paid to him in the sum of $4,646.40.

**DONE AND ORDERED** at Tampa, Florida, on July 20, 2010.

                                               s/*Richard A. Lazzara*
                                               **RICHARD A. LAZZARA**
                                               **UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record